Judge J. Kelly Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN ALHOLM, | ) |
| | ) Case No. C06-5645JKA |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER EXTENDING TIME AND |
| | ) REVISING BRIEFING SCHEDULE |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

THIS MATTER coming before the Court on the Stipulation of the parties hereto,

IT IS HEREBY ORDERED that the briefing schedule in this matter be revised as follows:

| | |
|---|---|
| Plaintiff's Opening Brief to be filed on or before: | March 21, 2007 |
| Defendant's Answering Brief to be filed on or before: | April 18, 2007 |
| Reply Brief due by: | May 2, 2007 |

/s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented by:                                    Approved for Entry:

_____              /s/ Brian Kipnis per phone approval
TOM O'NEILL   WSB #9363              BRIAN KIPNIS
Of Attorneys for Plaintiff                  Assistant United States Attorney