IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN ALHOLM,<br><br>        Plaintiff,<br><br>vs.<br><br>JO ANNE B BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. C06-5645 JKA<br><br>ORDER OF DISMISSAL |

THIS MATTER having come before the Court upon the Stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled action be and the same hereby is dismissed, with each party to bear his/its own costs.

DATED this 10th day of April, 2007.

                                             */s/ J. Kelley Arnold*
                                             United States Magistrate Judge

Presented by:

| | |
|---|---|
| _____<br>TOM O'NEILL   WSB #9363<br>Of Attorneys for Plaintiff | per phone approval 4/9/07<br>JEFFREY H. BAIRD<br>Office of General Counsel |

Order of Dismissal