# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEPHEN ALHOLM

v.

JO ANNE B. BARNHART,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5645JKA

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_  **Decision by Court**. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the above entitled action be and the same hereby is dismissed, with each party to bear his/its own costs.

| | |
|---|---|
| ___April 11, 2007___ | ___BRUCE RIFKIN___ |
| Date | Clerk |
| | |
| | _s/Caroline M. Gonzalez_ |
| | Deputy Clerk |